OLIVER W. MARVIN, Appellant and Respondent, *v.* AUGUS-
TUS PRENTICE, Appellant and Respondent.

SAME *v.* SAME.

(Argued December 8, 1879 ; decided December 16, 1879.)

*Henry C. Willcox* for plaintiff.

*N. C. Moak* for defendant.

*Per Curiam* mem. for affirmance on opinion below.
All concur.
Judgment affirmed.